COALITION AGAINST TOXICS v. ROBERT E. HUGHEY, COMMISSIONER OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

September 5, 1984.

Petition for certification denied.

MICHAEL COPPOLA v. WILLIAM NICHOLL.

September 5, 1984.

Petition for certification denied.

BENJAMIN GOLDFARB v. CHARLES POSPISIL AND THOMAS QUIGG.

September 5, 1984.

Petition for certification denied.

MICHAEL W. O'CONNOR v. KENNETH RALSTON.

September 5, 1984.

Petition for certification denied.